
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  -vs-

SCOTT C. LEONARD,

    Respondent.
_____/

MISC. NO. 06-X-50469

HON. BERNARD FRIEDMAN

## ORDER DISMISSING PETITION TO ENFORCE IRS SUMMONS AND MOTION FOR CONTEMPT

Petitioner having advised the Court that it wishes to dismiss without prejudice the Petition to Enforce IRS Summons and its Motion to Hold Respondent in Contempt filed against respondent, Scott C. Leonard;

IT IS HEREBY ORDERED that the Petition to Enforce IRS Summons and Motion to Hold Respondent in Contempt brought against respondent, Scott C. Leonard, by the petitioner is hereby dismissed without prejudice.

  s/Bernard A. Friedman
BERNARD FRIEDMAN
United States District Judge

Dated: December 4, 2006